Clarissa A. Kang, No. 210660
Angel L. Garrett, No. 255682
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, CA 94105
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:  ckang@truckerhuss.com
         agarrett@truckerhuss.com

Brian D. Murray, No. 294100
TRUCKER ✦ HUSS
A Professional Corporation
15760 Ventura Blvd., Suite 910
Encino, CA 91436-3019
Telephone:  (213) 537-1016
Facsimile:  (213) 537-1020
E-mail:  bmurray@truckerhuss.com

Attorneys for Defendants Kaiser Foundation Hospitals; Kaiser Foundation Health Plan, Inc. Retiree Health and Welfare Plan; and Kaiser Foundation Health Plan, Inc. Health and Welfare Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SABRINA WEI,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. RETIREE HEALTH AND WELFARE PLAN; KAISER FOUNDATION HEALTH PLAN INC. HEALTH AND WELFARE PLAN; KAISER FOUNDATION HOSPITALS<br><br>    Defendants. | Case No. 4:22-cv-00371-HSG<br><br>**ORDER (as modified) GRANTING STIPULATION FOR EXTENSION OF TIME FOR RESPONSE TO COMPLAINT, REFERRAL TO COURT PANEL MEDIATION, AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR RESPONSE TO COMPLAINT, REFERRAL TO COURT PANEL MEDIATION, AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; Case No: 4:22-cv-00371-HSG
6995214.1

-1-

Plaintiff Sabrina Wei ("Plaintiff") and Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc. Retiree Health and Welfare Plan, and Kaiser Foundation Health Plan, Inc. Health and Welfare Plan ("Defendants") (collectively, the "Parties") having stipulated thereto and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that (1) this case is referred to Court panel mediation, to be completed within 90 days from the date of this order; (2) Defendants' deadline to respond to the Complaint is extended from April 15, 2022 to 30 days after the date on which the mediation takes place; and (3) the telephonic case management conference currently set for April 26, 2022 is continued to July 12, 2022 at 2:00 p.m.

DATED: 4/11/2022

Honorable Haywood S. Gilliam, Jr.
United States District Judge