Clarissa A. Kang, No. 210660
Angel L. Garrett, No. 255682
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Flr.
San Francisco, CA 94105
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: ckang@truckerhuss.com
agarrett@truckerhuss.com

Brian D. Murray, No. 294100
TRUCKER ✦ HUSS
A Professional Corporation
15760 Ventura Blvd., Suite 910
Encino, CA 91436-3019
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: bmurray@truckerhuss.com

Attorneys for Defendants Kaiser Foundation
Hospitals; Kaiser Foundation Health Plan, Inc.
Retiree Health and Welfare Plan; and Kaiser
Foundation Health Plan, Inc. Health and
Welfare Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SABRINA WEI,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. RETIREE HEALTH AND WELFARE PLAN; KAISER FOUNDATION HEALTH PLAN INC. HEALTH AND WELFARE PLAN; KAISER FOUNDATION HOSPITALS<br><br>　　　　　　Defendants. | Case No. 4:22-cv-00371-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES (as modified)** |

Plaintiff Sabrina Wei ("Plaintiff") and Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc. Retiree Health and Welfare Plan, and Kaiser Foundation Health Plan, Inc. Health and Welfare Plan ("Defendants") (collectively, the "Parties") having stipulated thereto and good cause having been shown therefore,

**IT IS HEREBY ORDERED** that the telephonic case management conference is continued to August 16, 2022 at 2:00 p.m.  A joint case management statement is due a week prior to the case management conference.  Parties must hold their Rule 26(f) meeting at least 21 days before the case management conference and serve initial disclosures according to the timing specified in Rule 26(a)(1)(C).

DATED: 6/22/2022

Honorable Haywood S. Gilliam, Jr.
United States District Judge